AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 11, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| TIFFANY B. | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |

Civil Action No.   1:25-cv-3174-EFS

FRANK BISIGNANO, Commissioner of Social Security
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social
Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   EDWARD F. SHEA

Date:   5/11/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*